IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD D. NELSON,

    Plaintiff,

v.

                                      Case No. 20-cv-585-wmc

NORTH CENTRAL STATES
REGIONAL COUNCIL OF
CARPENTERS PENSION
FUND,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Todd D. Nelson entitling him to unreduced early retirement benefits prospectively, as well as a retroactive award of unreduced early retirement commencing October 1, 2017, including interest, and dismissing defendant's counterclaims.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant North Central States Regional Council of Carpenters Pension Fund as to plaintiff's claim for additional retroactive disability benefits.

Approved as to form this 15th day of October, 2021.

_____
William M. Conley
District Judge

_____        10/18/21
Peter Oppeneer                                          Date
Clerk of Court