UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**TODD D. NELSON**,

      Plaintiff,

vs.

                          Case No. 20-CV-585

**NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,**

      Defendant.

---

### NOTICE OF APPEAL

---

Please take notice that Defendant North Central States Regional Council of Carpenters' Pension Fund ("Pension Fund") hereby appeals to the United States Court of Appeals for the Seventh Circuit the District Court's judgment entered in the above captioned case on October 18, 2021 (Docket #38), its order denying the Pension Fund's motion for reconsideration (docket #37), as well as its order granting Nelson's motion for summary judgment (Docket #33).

Dated this 17th day of November, 2021.

                                        /s/Yingtao Ho
                                        Yingtao Ho (SBN #1045418)
                                        yh@previant.com
                                        THE PREVIANT LAW FIRM, S.C.
                                        310 W. Wisconsin Ave. Suite 100MW
                                        Milwaukee, WI 53202
                                        (414) 271-4500
                                        (414) 271-6308 FAX

                                        Attorneys for Plaintiffs