IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TODD D. NELSON,

    Plaintiff,

  v.

NORTH CENTRAL STATES
REGIONAL COUNCIL OF
CARPENTERS PENSION
FUND,

    Defendant.

Case No.  20-cv-585-wmc

---

## AMENDED JUDGMENT IN A CIVIL ACTION

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Todd D. Nelson against defendant North Central States Regional Council of Carpenters Pension Fund entitling plaintiff to unreduced early retirement benefits prospectively; additional pension benefits in the amount of $116,836.92 for the period of time between October of 2017 and December of 2021; and prejudgment interest in the amount of $4,825.90 through December of 2021.

      IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant as to plaintiff's claim for additional retroactive disability benefits.

Approved as to form this 7th day of December, 2021.

_____
William M. Conley
District Judge

_____    12/7/21
Peter Oppeneer               Date
Clerk of Court